In the Matter of PHILIP S. McNALLY, Respondent, against AMY B. YOUNGS et al., Appellants.

(Argued October 3, 1934; decided November 20, 1934.)

*Gustave Lange, Jr.*, for appellants.

*William M. Kilcullen* and *Emil Morosini, Jr.*, for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.